UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Edgar Searcy, | ) | C/A No.: 6:07-cv-0154-GRA-WMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | (Written Opinion) |
| B. Broome, Chaplain; M. Hamidullah, | ) | |
| Former Warden; U.S. Attorney General; | ) | |
| Bureau of Prisons; and United States | ) | |
| of America, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

This matter comes before the Court on the plaintiff's Motion to Reconsider and Motion to Appear via Telephonic Hearing.

Plaintiff brings this claim and these motions before the court *pro se.* This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

In light of the plaintiff's motion to reconsider, the Court has reviewed its Order adopting the magistrate's recommendation to grant the defendants' motion for summary judgment and the arguments the plaintiff raised in the instant motion.

Nothing in the plaintiff's motion to reconsider persuades the Court that its December 14, 2007 Order was errant.  Therefore, this Court DENIES the plaintiff's motion to reconsider.

Further, the plaintiff moves this Court to grant him a telephonic hearing so he can argue the merits of his June 4, 2007 motion for summary judgment.  However, this motion was rendered moot by the Court's December 14, 2007 Order granting the defendants summary judgment.  Therefore, this court DENIES the plaintiff's motion for a telephonic hearing.

IT IS THEREFORE SO ORDERED THAT the plaintiff's motion to reconsider be DENIED.

IT IS FURTHER ORDERED THAT the plaintiff's motion for a telephonic hearing for his June 4, 2007 motion for summary judgment be DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

February 7, 2008
Anderson, South Carolina

## NOTICE OF RIGHT TO APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff has the right to appeal this Order within sixty (60) days from the date of its entry.

Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, **will waive the right to appeal**.